*Nathan R. Crippen, jun.* v. *Nathan R. Crippen et al.* B. F. AGAN and J. VAN BUREN, for complainant; J. W. THOMPSON, for defendants. Motion for leave to amend bill granted. Such amendment to be made within forty days, by filing a new engrossed bill duly sworn to and incorporating the several amendments therein, and serving a copy thereof on the defendant's solicitor. Complainant also to pay, within twenty days after service of taxed bill, the taxable costs of defendant upon the demurrer and of opposing this motion, including $10

therein for a previous attendance. Motion to renew injunction granted in part.